

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00353-CV

| | | |
|---|---|---|
| ZAK WEGAND, Appellant | § | On Appeal from the 16th District Court |
| | § | of Denton County (22-0233-16) |
| V. | § | August 1, 2024 |
| MITZI WEGAND, Appellee | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the trial court's judgment is affirmed in part and reversed and rendered in part. We reverse the portion of the trial court's judgment awarding Appellee Mitzi Wegand spousal maintenance, and we render judgment denying her spousal-maintenance request. We affirm the rest of the trial court's judgment.

It is further ordered that Appellee Mitzi Wegand pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr